### 4670. SOUTHERN RAILWAY CO. *v.* FLEMING.

HILL, C. J. This case is fully controlled by the decision of this court in *Central Ry. Co.* v. *Butler Marble & Granite Co., 8 Ga. App.* 1 (3, 4), (68 S. E. 775), and by the decision of the Supreme Court in *Louisville & Nashville Railroad Co.* v. *Venable, 132 Ga.* 501 (1), (64 S. E. 466). Under these decisions, the evidence demanded the verdict for the plaintiff, and any error in the admission of testimony was immaterial.
                                             *Judgment affirmed.*

DECIDED JUNE 25, 1913.

Appeal; from Franklin superior court—Judge Meadow. December 21, 1912.

*A. G. & Julian McCurry, W. R. Little, G. L. Goode,* for plaintiff in error. *W. L. Hodges, Claude Bond,* contra.